UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Willie Louis Johnson                                           Chapter 13
                                                                        Case No. ___
Debtor.

# Chapter 13 Plan

Address:     Debtor   6851 Kindle Woods Drive, Memphis, TN 38141

Plan Payment:

Debtor Shall Pay: $ 1,470.00   Monthly      By: Social Security      (X) Direct Pay
Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                           (X) Yes  ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                          ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment ( ) Trustee To:      Monthly Pmt.
   ongoing payment begins
   Approximate arrearage

5. Priority Claims:                                                                      Monthly Pmt.
   Internal Revenue Service                         Amount      $6,078.00               $102.00
                                                    Amount

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:     Monthly Pmt.
   Ocwen Loan Servicing    ongoing payment begins   March 2019                           $686.26
                           Approximate arrearage    $13,876.00   Interest   0.00%        $232.00
                           ongoing payment begins

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.
   Quantum3 Group (2010 Dodge Charger)            $     8,532.00       0.00%          $171.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Furniture Depot | $ 1,200.00 | 0.00% | $20.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   Collateral

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

   ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:     ( ) _____ ;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

   ( ) Assume     ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

   For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

   Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908          Date    December 5, 2018
   Debtor's Attorney's Signature

December 10, 2018

910 > June 13, 2016